IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 19-MJ-5160-JGD |
| | ) | & |
| DAVID FONDOTS, | ) | 19-MJ-5161-JGD |
| Defendant | ) | |

GOVERNMENT'S MOTION TO SEAL
COMPLAINT AND SEARCH WARRANT

The United States Attorney hereby respectfully moves the Court to seal the complaint, supporting affidavit, the search warrant application, this motion and the Court's order on this motion, and any other paperwork related to this matter, until the defendant is arrested or further order of this Court, whichever comes first.  As grounds for this motion, the government states that public disclosure of these materials might jeopardize the government's ability to arrest the defendant.  The United States further requests that the Court unseal to the public only a redacted copy of the supporting affidavit that the United States will provide to the Court with personal identifying information redacted.

The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents that the United States Attorney has filed in the above-styled matter.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: _/s/ Sara Miron Bloom_____
Sara Miron Bloom
Assistant U.S. Attorney

Date:  June 4, 2019

**Motion to seal allowed**
Jun 4, 2019

*Judith Gail Dein*
U.S.M.J.