UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) ) ) | |
| v. | ) ) | CASE NO. 19-5160-JGD |
| DAVID JOHN | ) ) ) ) | |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES the undersigned, Jonathan D. Plaut and Cohan Rasnick Plaut LLP, and move to withdraw as counsel in this case. This motion is filed at the joint request of undersigned counsel and the defendant, David John.

The undersigned has conferred with counsel for the United States, Sara Bloom, Esq., and the United States does not object to this motion.

Respectfully Submitted,

DAVID FONDOTS

By his attorney,

*(signature)*

Jonathan D. Plaut
BBO#: 638344
COHAN RASNICK MYERSON PLAUT LLP
One State Street Suite 1200
Boston, MA 02109
(617) 451-3200
jdplaut@chardonlaw.com

Date: January 3, 2020

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Respectfully Submitted,

_____
Jonathan D. Plaut

Date: January 3, 2020